UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TEDDY L. SPEARMAN | DOC. NO. 10-CV-1712 |
| VERSUS | JUDGE DEE D. DRELL |
| FEDERAL BUREAU OF PRISONS, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE ONLY** as to the following defendants, for failing to state a claim for which relief can be granted: U.S. Bureau of Prisons & Joe Keffer.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 1st day of MARCH, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE