UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

TEDDY L. SPEARMAN                 CIVIL NO. 10-1712

VERSUS

                                          JUDGE DEE D. DRELL

FEDERAL BUREAU OF PRISONS, ET AL.   MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Spearman's motion for summary judgment (Doc. 50) is DENIED.

IT IS FURTHER ORDERED that Headspeth's and Alexandre's motion for summary judgment (Doc. 42) is GRANTED and all claims against them are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 20th day of December, 2011.

                                         JAMES T. ~~DEE D. DRELL~~ TRIMBLE, JR.
                                         UNITED STATES DISTRICT JUDGE